14

*Samuel Miller, receiver, &c.* v. *Joseph S. Fenton et al.*   A.

Effect of releasing one of several joint debtors.

Gould, for appellant; W. Hubbell, for respondent.   Decided that the part satisfaction of a demand by one of two joint debtors, and a covenant by the creditor not to enforce the residue of the claim by execution against his individual property is not a technical release which can be set up by the other debtor as a bar to the suit for such demand; unless the party released was the one who was primarily or individually holden for the whole demand.

That in a case of wrong doers the complainant may recover against any one of them, for the whole loss; and they will have no claim to contribution.

Cross bill in the nature of a plea *puis darrein continuance* when proper.

That an order to set up the defence that the demand of the complainant has been discharged by the release of a defendant after answer put in, a cross bill in the nature of a plea *puis darrein continuance* is necessary.

Order appealed from affirmed, with costs.

*George Geddes et al., ex'rs, &c.* v. *Gardner Lawrence et al., adm'rs, &c.*   G. Lawrence, for appellants; J. Rhoades, for respondents.   Order appealed from affirmed, with costs.

*John I. Barr* v. *The Manhattan Company et al.*   B. W. Bonney, for appellant; John Slosson, for respondent.   Decree appealed from affirmed, with costs.

*The Bank of Monroe* v. *Benjamin R. Folsom et al.*   E. S. Smith, for appellant; J. D. Husbands, for respondents.   Order of the vice chancellor of the eighth circuit overruling exceptions to report, affirmed with costs.